**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FREEDOM SCIENTIFIC, INC.,
     Plaintiff,

vs.                            CASE NO. 8:11-CIV-1194-T-EAK-AEP

ENHANCED VISION SYSTEMS, INC.,
     Defendant.

_____/

## ORDER DENYING MOTION

This cause is before the Court on the Defendant's motion for second stay pending

reexamination by the United States Patent and Trademark Office (Doc. 42), the response

(Doc. 43), and a reply to the response (Doc. 50). This Court previously granted a motion to

stay pending reexamination (Doc. 22) but recently lifted that stay (Doc. 39) after the

reexamination was denied. The Defendant filed a subseqent request for reexamination and it

is that request that is the basis for asking for another stay in this case; it was stayed for almost

a year the first time.

The Court has considered the most recent arguments from both parties in light of

factors to be considered: "(1) whether a stay will unduly prejudice or tactically disadvantage

the non-moving party; (2) whether a stay will simplify the issues and streamline the trial, and

(3) whether a stay will reduce the burden of litigation on the parties and on the court." *Baxa*

*Corp. v. Forhealth Techs., Inc.*, 2006 WL 4756455, *1 (M.D. Fla. May 5, 2006). A court has

discretion in deciding whether or not to stay pending reexamination and is not obligated to

delay its case by yielding to a reexamination.  *Ethicon, Inc. v. Quigg*, 849 F.2d 1422, 1426-27

(Fed. Cir. 1988); *NTP, Inc. v Research in Motion, Ltd.*, 397 F.Supp.2d 785, 787 (E.D. Va.

2005).  The Court finds the arguments of the Plaintiff persuasive in this matter.  Accordingly

it is

       **ORDERED** that the motion for second stay pending reexamination by the United

States Patent and Trademark Office (Doc. 42) be **denied.**

       **DONE and ORDERED** in Chambers, in Tampa, Florida, this 25th day of February,

2014.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record